

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| INCONNU LODGE <br> Plaintiff | CASE NO. 2:01-cv-00326J |
| v. | Appearing on behalf of: |
| SHUNIT SARID <br> Defendant. | DEFENDANT <br> (Plaintiff/Defendant) |

## MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

I, __Robert E. Aycock__, hereby move the pro hac vice admission of petitioner to practice in this Court. I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court regarding the conduct of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case-related proceedings, including hearings, pretrial conferences, and trials, should Petitioner fail to respond to any Court order.

Date: __Feb. 3__, 20__05__.   __(Signature of Local Counsel)__   __USB 8878__ (Utah Bar Number)

### APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, __John B. Berryhill, Ph.D., J.D.__, hereby requests permission to appear pro hac vice in the subject case. Petitioner states under penalty of perjury that he/she is a member in good standing of the bar of the highest court of a state or the District of Columbia; is (i) ___ a non-resident of the State of Utah or, (ii) ___ a new resident who has applied for admission to the Utah State Bar and will take the bar examination at the next scheduled date; and, under DUCivR 83-1.1(d), has associated local counsel in this case. Petitioner's address, office telephone, the courts to which admitted, and the respective dates of admission are provided as required.

Petitioner designates __Robert Aycock__ as associate local counsel.

Date: __February 3__, 20__05__.   Check here __X__ if petitioner is lead counsel.

__(Signature of Petitioner)__   FEE PAID

Name of Petitioner: __John B. Berryhill__   Office Telephone: __215-563-4100__
(Area Code and Main Office Number)

Business Address: __DANN DORFMAN HERRELL AND SKILLMAN, P.C.__
(Firm/Business Name)

__1601 Market St - Suite 2400__   __Philadelphia__   __PA__   __19103-2307__
Street                                         City                           State    Zip

16

## BAR ADMISSION HISTORY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| Supreme Court of Pennsylvania | Pennsylvania | October 26, 1999 |
| U.S. District Court for the District of Pennsylvania | | October 26, 1999 |

(If additional space is needed, attach separate sheet.)

## PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
|---|---|---|
| | | |

(If additional space is needed, attach a separate sheet.)

## ORDER OF ADMISSION

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for Petitioner's admission pro hac vice in the United States District Court, District of Utah in the subject case is GRANTED.

This ___8___ day of ___Feb___, 20_05_.

_____
U.S. District Judge

```
                                                          asp
                 United States District Court
                           for the
                       District of Utah
                     February 10, 2005



            * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:01-cv-00326



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


      Howard M. Neu, Esq.
      1152 N UNIVERSITY DR STE 201
      PEMBROKE, FL  33024
      EMAIL

      John C. Stringham, Esq.
      WORKMAN NYDEGGER
      1000 EAGLE GATE TOWER
      60 E S TEMPLE
      SALT LAKE CITY, UT  84111
      EMAIL

      John B. Berryhill, Esq.
      DANN DORFMAN HERRELL & SKILLMAN
      1601 MARKET STREET STE 720
      PHILADELPHIA, PA  19103

      Mr. F. Kevin Bond, Esq.
      BOND & CALL
      8 E BROADWAY STE 720
      SALT LAKE CITY, UT  84111
```